UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
JUL 27 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

CASE NO: 5:10-M-1604

UNITED STATES OF AMERICA

V.

ROBINSON, ANDRE D.

ORDER FOR DISMISSAL
WITHOUT PREJUDICE

The GOVERNMENT moves for dismissal without prejudice of the captioned case for the following reason: Superseding Criminal Information.

_____
JEREMY D. COHEN
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This 27th day of July, 2010.

_____
United States Magistrate Judge